DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN TAYLOR RIDDLE**,
Appellant,

v.

**JENNY EVY RIDDLE,**
Appellee.

No. 4D22-1947

[July 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller; L.T. Case No. 2015DR012457.

Susan R. Brown of Susan R. Brown, P.A., Plantation, for appellant.

Amy L. Cosentino of Law Office of Amy L. Cosentino, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***